**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION**

| | |
|---|---|
| R. L. HARRIS, : | |
| : | |
|     Petitioner, : | |
| : | |
| v. : | 1:03-CV-83 (WLS) |
| : | |
| TONY HOWERTON, Warden, : | |
| : | 28 U.S.C. § 2254 |
|     Respondent. : | |
| _____: | |

### O R D E R

Before the Court is a Report and Recommendation from United States Magistrate Judge Richard L. Hodge (Doc. No. 18), filed August 1, 2006. It is recommended that Petitioner's petition for habeas corpus made pursuant to 28 U.S.C. § 2254 be denied. (Doc. No. 18).  Petitioner has not filed a timely objection to the Report and Recommendation.

Upon full consideration of the record, the Court finds that said Recommendation should be and hereby is, **ACCEPTED**, **ADOPTED** and made the order of this Court for reason of the findings and reasons set out therein. Accordingly, Petitioner's petition for habeas corpus made pursuant to 28 U.S.C. § 2254 (Doc. No. 3) is **DENIED.**

SO ORDERED, this __14th__ day of September, 2006.

                                           /s/W. Louis Sands
                                     **W. Louis Sands, Chief Judge
                                     United States District Court**